

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BROADCAST MUSIC, INC., *et al.,*

                                        Plaintiff,

        -v-

J. HOWARD REST, INC., *et al.,*

                                        Defendants.

No. 09 Civ. 6827 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

        The parties are HEREBY ORDERED to appear for a status conference on November 24, 2009 at 11:00 a.m. in Courtroom 21C of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York.

        IT IS FURTHER HEREBY ORDERED THAT, by November 17, 2009 at 4:00 p.m., the parties shall jointly submit a letter, not to exceed five (5) pages, providing the following information in separate paragraphs:

(1)     A brief statement of the nature of the action and the principal defenses thereto;

(2)     A brief explanation of why jurisdiction and venue lie in this Court;

(3)     A brief description of all outstanding motions and/or outstanding requests to file motions;

(4)     A brief description of any discovery that has already taken place, and that which will be necessary for the parties to engage in meaningful settlement negotiations;

(5)     A list of all prior settlement discussions, including the date, the parties involved, and the approximate duration of such discussions, if any;

(6)     The estimated length of trial; and

(7)     Any other information that you believe may assist this Court in resolving this action.

-2-

IT IS FURTHER ORDERED THAT, by November 17, 2009 at 4:00 p.m., the parties shall submit to the Court a proposed case management plan and scheduling order. A template for the order is available at http://www1.nysd.uscourts.gov/judge_info.php?id=99.

The status letter and the proposed case management plan should be emailed to my chambers at the following email address: sullivannysdchambers@nysd.uscourts.gov. Please consult my Individual Rules with respect to communications with chambers and related matters.

IT IS FURTHER ORDERED THAT Plaintiffs shall serve a copy of this Order on Defendants.

SO ORDERED.

DATED:      October 8, 2009
            New York, New York


                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE